USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/18

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

EUGENE DUNCAN, on behalf of himself and all others similarly situated,

        Plaintiffs,

- against -

RIMOWA DISTRIBUTION INC.,

        Defendant.

------------------------------------x

Case No.:1:18 cv 06098 (JGK)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been achieved. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties.

Date: July 25, 2018

_____
Joseph H. Mizrahi
Daniel C. Cohen
**COHEN & MIZRAHI LLC**
300 Cadman Plaza West, 12 Fl.
Brooklyn, New York 11201
Tel: (646) 645-8482
E-mail: joseph@cml.legal

*Attorneys for Plaintiff*

_____
Joshua A. Stein
Maxine A. Adams
**EPSTEIN, BECKER & GREEN, P.C.**
250 Park Avenue
New York, New York 10177
Tel: (212) 351-4500
E-mail: jstein@ebglaw.com

*Attorneys for Defendant*

SO ORDERED:

7/26/18 _____   _____
                                    Date

Hon. John G. Koeltl